UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Semsudin Kudic, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:17cv2128 JAR |
| | ) |
| United States Department of Homeland | ) |
| Security, et al.,[1] | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

Plaintiff, Semsudin Kudic, and Defendant, United States Department of Homeland Security, *et al.*, through their respective counsel below, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to dismiss this case, with prejudice, both sides to bear their own fees and costs.

Plaintiff's counsel consented to the filing of this stipulated dismissal through electronic mail correspondence on December 11, 2017.

---

[1] Kirstjen M. Nielsen, sworn in as Secretary of Homeland Security on December 6, 2017, is automatically substituted for John F. Kelly, and Lee Francis Cissna, sworn in as Director of U.S. Citizenship and Immigration Services on October 8, 2017, is automatically substituted for James McCament, as parties in accordance with Federal Rule of Civil Procedure 25(d).

1

*So Ordered*
*John A. Ross*
12/12/17

Dated:  December 12, 2017

*/s/ James O. Hacking*
James O. Hacking, III, Esq.
Attorney at Law
34 N. Gore, Ste. 101
St. Louis, MO 63119
jim@hackinglawpractice.com

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General
United States Department of Justice
Civil Division

WILLIAM C. PEACHEY
Director
United States Department of Justice
Civil Division
Office of Immigration Litigation

HANS CHEN
Senior Litigation Counsel
United States Department of Justice
Civil Division
Office of Immigration Litigation

*/s/ James J. Walker*
JAMES WALKER
Trial Attorney
Eastern District of Missouri Bar Number: 1032636DC
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Washington, DC 20044
Telephone: (202) 532-4468
Facsimile: (202) 305-7000
Email: james.walker3@usdoj.gov

*Attorneys for Defendants*

CERTIFICATE OF SERVICE

I hereby certify that, on December 12, 2017, the foregoing Stipulated Dismissal was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following counsel of record for Plaintiffs:

James O. Hacking, III, Esq.
Attorney at Law
34 N. Gore, Ste. 101
St. Louis, MO 63119
jim@hackinglawpractice.com

                                         */s/ James J. Walker*
                                         JAMES WALKER
                                         Trial Attorney
                                         United States Department of Justice